IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–46–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| NICHOLAS JAMES REAL BIRD, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Timothy J. Cavan's

Findings and Recommendation Regarding Revocation of Supervised Release.

(Doc. 56.)  Neither party objected and therefore they are not entitled to *de novo*

review.  28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121

(9th Cir. 2003).  This Court will review the Findings and Recommendation for

clear error.  *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d

1309, 1313 (9th Cir. 1981).  Clear error exists if the Court is left with a "definite

and firm conviction that a mistake has been committed."  *United States v. Syrax*,

235 F.3d 422, 427 (9th Cir. 2000).

Judge Cavan found, based on Mr. Real Bird's admissions at the hearing, that

he violated the conditions of his supervised release by using marijuana, failing to

report for substance abuse testing, and failing to participate in substance abuse

treatment.  (Doc. 56 at 3–4.)  Judge Cavan recommends that this Court revoke Mr.

Real Bird's supervised release and sentence him to a custodial sentence of four (4)

months, followed by 32 months of supervised release.  (*Id.* at 7.)  Judge Cavan

further recommends placement at FCI Englewood in Littleton, Colorado.  The

Court finds no clear error in Judge Cavan's Findings and Recommendation and

adopts them in full.

Accordingly, IT IS ORDERED that Judge Cavan's Findings and

Recommendation (Doc. 56) is ADOPTED in full.  Mr. Real Bird shall be

sentenced in conformity with Judge Cavan's recommendation in the judgment filed

concurrently with this Order.

DATED this 5th day of February, 2024.

_____
Dana L. Christensen, District Judge
United States District Court