IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS JAMES REAL BIRD,<br><br>Defendant. | CR 22–46–BLG–DLC<br><br><br><br>ORDER |

    Before the Court is United States Magistrate Judge Timothy J. Cavan's Findings & Recommendations Regarding Revocation of Supervised Release. (Doc. 89.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

    Judge Cavan found, based on Defendant Nicholas James Real Bird's admissions at the hearing, that he violated the following conditions of supervised

1

release: (1) the mandatory condition that he must refrain from any unlawful use of a controlled substance, as alleged in Violation No. 1; and (2) the special condition that he must participate in and successfully complete an outpatient program of substance abuse treatment, as alleged in violation No. 2. (Doc. 89.)

Judge Cavan recommends that this Court revoke Real Bird's supervised release and sentence him to a custodial sentence of nine months, with no term of supervised release to follow. (*Id.*) Judge Cavan further recommends that this Court recommend placement at FCI El Reno in Oklahoma. The Court finds no clear error in Judge Cavan's Findings and Recommendations and adopts them in full.

Accordingly, IT IS ORDERED that Judge Cavan's Findings and Recommendations (Doc. 89) is ADOPTED in full.

Nicholas James Real Bird shall be sentenced in conformity with Judge Cavan's recommendation in the judgment filed concurrently with this Order.

DATED this 18th day of November, 2025.

_____
Dana L. Christensen, District Judge
United States District Court